389 A.2d 675

Commonwealth v. Ayres, Appellant.

Submitted December 6, 1977. Roy H. Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 675

Commonwealth v. Baines, Appellant.

Submitted March 24, 1977. Vincent J. Ziccardi, and Rudley and Ziccardi, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.